AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT         District of         ALABAMA NORTHERN DIVISION

JULIE GIVENS AND MONICA GREENE

**SUMMONS IN A CIVIL ACTION**

V.

DOUGLASS CHAMBERS, Individually and in his capacity as President of INGRAM STATE TECHNICAL COLLEGE, et al.

CASE NUMBER: 2:06cv852-ID

TO: (Name and address of Defendant)

Douglass Chambers c/o Ingram State Technical College
5375 Ingram Road
Deatsville, Alabama 36022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jim L. DeBardelaben
P.O. Box 152
Montgomery, Alabama 36101-0152

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                      9/27/06

CLERK                                                    DATE

*William C. R...*

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                      *Signature of Server*

                                       _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⚘AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT    District of    ALABAMA NORTHERN DIVISION

JULIE GIVENS AND MONICA GREENE

**SUMMONS IN A CIVIL ACTION**

V.

DOUGLASS CHAMBERS, Individually and in his capacity as Preseident of INGRAM STATE TECHNICAL COLLEGE, et al.

CASE NUMBER: 2:06 CV 852 - ID

TO: (Name and address of Defendant)

JAMES WILSON c/o Ingram State Technical College
5375 Ingram Road
Deatsville, Alabama 36022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jim L. DeBardelaben
P.O. Box 152
Montgomery, Alabama 36101-0152

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    9/27/06

CLERK    DATE

*William C. [signature]*

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*

                                                      _____
                                                      *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.