| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  Coleman McKellen   B. Date of Delivery 9/29/06<br>C. Signature  X Coleman McKellen Jr   ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Mr. Douglass Chambers<br>c/o Ingram State<br>Technical College<br>5375 Ingram Road<br>Deatsville, AL 36022 | 06 cv 852  S+C<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7006 0100 0003 2057 8007 |
| PS Form 3811, July 1999 | Domestic Return Receipt   102595-00-M-0952 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  Coleman McKellen Jr   B. Date of Delivery 9/29/06<br>C. Signature  X Coleman McKellen Jr   ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Mr. James Wilson c/o<br>Ingram State Technical<br>College<br>5375 Ingram Rd.<br>Deatsville, AL 36022 | 06 cv 852  S+C<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7006 0100 0003 2057 7994 |
| PS Form 3811, July 1999 | Domestic Return Receipt   102595-00-M-0952 |