IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE GIVENS and<br>MONICA GREENE,<br><br>  Plaintiffs,<br><br>  v.<br><br>DOUGLASS CHAMBERS,<br>Individually and in his capacity<br>As President of INGRAM STATE<br>TECHNICAL COLLEGE; JAMES<br>WILSON, Individually and in his<br>Capacity as Dean of Students of<br>INGRAM STATE TECHNICAL<br>COLLEGE<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CV 2:06 CV852-1D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JURY DEMAND

COME NOW Defendants **J. Douglas Chambers**, individually and in his capacity as President of J.F. Ingram State Technical College; and **James Wilson**, individually and in his capacity as Dean of Students at J.F. Ingram State Technical College, and, by and through their counsel of record, demand a trial by jury.

Respectfully submitted,

Andrew W. Christman (CHR024)
Jack B. Hinton, Jr. (HIN020)
Matthew Y. Beam (BEA065)
Attorneys for J. Douglas
Chambers and James Wilson

OF COUNSEL:

Gidiere, Hinton, Herndon
   & Christman
P. O. Box 4190
Montgomery, AL 36103
(334) 834-9950
(334) 834-1054 – Fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served upon the following persons by placing the same in the United States Mail, first class postage prepaid, and properly addressed, on this the 20th day of October, 2006.

_____
Of Counsel

Jim L. DeBardelaben
Attorney at Law
P. O. Box 152
Montgomery, AL 36101-0152
(334) 265-9206
(334) 265-9299 Facsimile
dgoollaw@aol.com