IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JULIE GIVENS and** * | |
| **MONICA GREENE** * | |
| * | |
| Plaintiffs, * | |
| * | CIVIL ACTION NO.2:06-cv852-ID |
| vs. * | |
| * | |
| **DOUGLASS CHAMBERS, Individually** * | |
| **and in his capacity as President of** * | |
| **INGRAM STATE TECHNICAL** * | |
| **COLLEGE; JAMES WILSON,** * | |
| **Individually and in his capacity as** * | |
| **Dean of Students of INGRAM STATE** * | |
| **TECHNICAL COLLEGE.** * | |
| * | |
| Defendants. * | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on November 2006, at 11:00 o'clock by telephone and was attended by:

> Drew Christman of Gidiere, Hinton, Herndon & Christman
> counsel for Defendants Douglass Chambers as President and James Wilson
> as Dean of Students of Ingram Technical College
>
> Jim DeBardelaben counsel for Plaintiff Julie Givens and Monica Greene

2. Initial Disclosures. The parties will exchange no later than 21 days after the Scheduling Order has been entered the information required by Federal Rules of Civil Procedure 26(a)( I).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

   All discovery commenced in time to be completed by October 5, 2007.

   Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 15 depositions by plaintiffs and 15 by each defendant.

Each deposition limited to maximum of 8 hours for parties and 7 hours for non-party witnesses, unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiff by 90 days before trial date- June   7, 2007
From defendants by 90 days before trial date- August  7, 2007

Supplementation under Rule 26(3) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional corrective information has not otherwise been made known to other parties in the discovery process or in writing, but no later than thirty days prior to the close of discovery.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference on October 5, 2007.

Plaintiff should be allowed until September 1, 2007 to join additional parties and until September 1, 2007, to amend the pleadings.

Defendants should be allowed until September 1, 2007 to join additional parties and until September 1, 2007 to amend the pleadings.

All potentially dispositive motions should be filed by August 7, 2007.

Settlement cannot be evaluated prior to February  1, 2007.

Final lists of witnesses and exhibits  under Rule 26(a)(3) should be due:

From plaintiff by 45 days prior to trial- September 21, 2007
From defendants 45 days prior to trial- September 21, 2007

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(8)(3).

The case should be ready for trial by November 5, 2007 and at this time is expected to take approximately 3 days.

Date: November 3, 2006

                                Respectfully submitted,

Defense counsel has been given permission to affix plaintiffs' counsel's e-signature to this document.

\s_____
JIM L. DEBARDELABEN (DEB009)
Attorney for Plaintiffs


\s_____
DREW CHRISTMAN ( CHR024)
Attorney  for Defendants