IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE GIVENS and<br>MONICA GREENE,<br><br>    Plaintiffs,<br><br>v.<br><br>DOUGLAS CHAMBERS, et al.<br><br>    Defendants. | )<br>)<br>)<br>) CASE NO.: 2:06 CV 852-1D<br>)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

    Comes now Plaintiffs, Monica Greene and Julie Givens, by and through their counsel of record, and opposes the Defendants Motion For Summary Judgment filed in the above-styled case. Defendants are not entitled to summary judgment as there are genuine issues of material facts in this case as shown by the accompanying Opposition Brief.

    Respectfully submitted this the 4th day of October, 2007.

    /s/Jim L. DeBardelaben
    JIM L. DEBARDELABEN (DEB003)

**OF COUNSEL:**
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 fax
jimdebard@aol.com
dgoollaw@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 4th day of October, 2007.

Andrew W. Christman, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

                                             /s/Jim L. DeBardelaben
                                             OF COUNSEL