## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JULIE GIVENS and** | ) |
| **MONICA GREENE,** | ) |
| | ) |
| **Plaintiffs,** | ) **CASE NO.: 2:06 CV 852-1D** |
| | ) |
| **v.** | ) |
| | ) |
| **DOUGLAS CHAMBERS, et al.** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Counsel for the parties in the above-styled case have complied with the Court s Order to schedule a conference wherein settlement discussions occurred.  On or about October 9, 2007, and October 14, 2007, the parties attempted to settle the case, however, they were unable to reach an agreement.  Settlement discussions are ongoing, and in the event that the parties are able to settle this case the Court will be promptly notified.

Respectfully submitted this the 15th day of October, 2007.

/s/Jim L. DeBardelaben(DEB003)
Attorney for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 15th day of October, 2007.

Andrew W. Christman, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

_____     /s/ Jim L. DeBardelaben