IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE GIVENS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 2:06cv852-ID |
| DOUGLAS CHAMBERS, et al., | ) |
| Defendants. | ) |

**ORDER**

It is CONSIDERED and ORDERED that on or before October 30, 2007, Plaintiffs submit or mail paper courtesy copies <u>to the chambers of the undersigned</u> of their brief and supporting evidence filed in opposition to Defendants' motion for summary judgment.[1] (Doc. No. 20.) The paper courtesy copy shall be bound in a three-ring binder and tabbed.

Done this 22nd day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This order does not pertain to Defendants because Defendants have submitted a courtesy copy of their motion for summary judgment and evidentiary submission.