IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIE GIVENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv852-ID |
| | ) | |
| | ) | |
| DOUGLAS CHAMBERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that the pretrial hearing presently set on December 20, 2007, is hereby RESCHEDULED to **Tuesday, December 18, 2007, at 1:30 p.m.**, in chambers B-300, United States Courthouse Complex, One Church Street, Montgomery, AL.

**Lead counsel for all parties are to be present unless excused by the court. Tardiness will not be tolerated.**

The pretrial hearing will be conducted to consider the matters provided for in Rule 16. All parties are expected to have fully complied with the Rule 16 uniform scheduling order. All parties should prepare and have ready all possible admissions of fact and documents which might avoid unnecessary proof upon trial.

Lead counsel shall be fully prepared to state the facts of the case in the most minute detail and to admit all facts that are true. Appropriate penalties will be imposed for failure to comply with these requirements.

The parties are DIRECTED to JOINTLY prepare a proposed pretrial order in accordance with the attached outline.  Plaintiff(s) shall insure that the original of the proposed pretrial order is received by the court NOT LATER THAN FIVE BUSINESS DAYS prior to the pretrial conference by either delivery of the order to chambers or by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to propord_dement@almd.uscourts.gov.  For this purpose, the electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

**TRIAL TERM commences January 28, 2008, in Montgomery, AL.**

Done this 4th day of December, 2007.

/s/ Ira DeMent_____

SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JULIE GIVENS,  et al.,                    )
                                          )
       Plaintiffs,                         )
                                          )
v.                                        )          Civil Action No. 2:06cv852-ID
                                          )
                                          )
DOUGLAS CHAMBERS,  et al.,                )
                                          )
       Defendants.                         )

**ORDER ON PRETRIAL HEARING**

A pretrial hearing was held in this case on _____, in Montgomery,

Alabama, wherein the following proceedings were held and actions taken:

    1.  PARTIES AND TRIAL COUNSEL:

      For plaintiff(s):

      For defendant(s):

      COUNSEL APPEARING AT PRETRIAL HEARING:

      For plaintiff(s):

      For defendant(s):

    2.  JURISDICTION AND VENUE:

    3.  PLEADINGS:  The following pleadings and amendments were allowed:

    4.  CONTENTIONS OF THE PARTIES:

      (a) The plaintiff(s)

      (b) The defendant(s)

5. STIPULATIONS BY AND BETWEEN THE PARTIES:

6. Counsel will receive a trial docket approximately one month prior to the trial term.

It is ORDERED as follows:

(1) Jury selection is set at 10:00 a.m. on the 28th day of January, 2008, in Montgomery, Alabama.

(2) The trial, which is to last _____ days, is set to begin during the term of court commencing the 28th day of January, 2008, in Montgomery, Alabama.

(3) The parties are to file motions in limine (to be fully briefed), no later than three weeks prior to jury selection.

(4) The parties are to file the following no later than two weeks prior to jury selection:

a. requested voir dire questions, **Note: Voir dire questions should not duplicate questions in the jury questionnaire**, and

b. proposed jury instructions together with citations of authority in support of each proposed instruction.

(5) All understandings, agreements, and stipulations contained in this pretrial order shall be binding on all parties unless that Order be hereafter modified by order of the court.

CONSIDERED and ORDERED this ____ day of _____, 2007.


_____
SENIOR UNITED STATES DISTRICT JUDGE