IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE GIVENS, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06cv-852-ID |
| | ) |
| DOUGLAS CHAMBERS, et al | ) |
| | ) |
|     Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Julie Givens and Monica Greene, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/ 5 /2007
_____
Date

/s/ Jim L. DeBardelaben
_____
Counsel

    Julie Givens and Monica Greene
_____
Counsel for

1505 Madison Avenue, Montgomery, AL 36107
Address, City, State Zip Code
(334) 265-9206
Telephone Number

**CERTIFICATE OF SERVICE**

      I, Wayne P. Turner, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 5th day of December 2007, to:

Andrew Christman, Esq.
Matthew Beam, Esq.
Jack B. Hinton, Jr., Esq.


12/ 5 /2007                                                               /s/ Jim L. DeBardelaben
Date                                                                     Signature