IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Julie Givens, et al.,

Plaintiff,

v.

Douglas Chambers, et al.,

Defendants,

CASE NO. 2:06-cv852-ID

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW James Wilson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity          Relationship to Party

12/6/2007
Date

/s/ Andrew W. Christman
(Signature)

Andrew W. Christman
(Counsel's Name)

Douglas Chambers and James Wilson
Counsel for (print names of all parties)
P. O. Box 4190
Montgomery, AL 36103
Address, City, State Zip Code
(334) 834-9950
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Andrew W. Christman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _6th_____ day of _December_____ 20_07_, to:

Jim L. DeBardelaben

Attorney at Law

1505 Madison Avenue

Montgomery, AL  36107


12/6/2007                                                /s/ Andrew W. Christman
         Date                                                      Signature