IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIE GIVENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv852-ID |
| | ) | |
| | ) | |
| DOUGLAS CHAMBERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that due to a scheduling conflict, the pretrial hearing presently set on December 18, 2007, is hereby RESCHEDULED to **Tuesday, January 8, 2008, at 1:30 p.m.**, in chambers B-300, United States Courthouse Complex, One Church Street, Montgomery, AL.

**Lead counsel for all parties are to be present unless excused by the court. Tardiness will not be tolerated.**

The pretrial hearing will be conducted to consider the matters provided for in Rule 16. All parties are expected to have fully complied with the Rule 16 uniform scheduling order. All parties should prepare and have ready all possible admissions of fact and documents which might avoid unnecessary proof upon trial.

Lead counsel shall be fully prepared to state the facts of the case in the most minute detail and to admit all facts that are true. Appropriate penalties will be imposed for failure to comply with these requirements.

**TRIAL TERM commences January 28, 2008, in Montgomery, AL.**

Done this 17th day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE