IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JULIE GIVENS and** * | |
| **MONICA GREENE** * | |
| * | |
| Plaintiffs, * | |
| * | CASE NO.: 2:06 CV 852-1D |
| vs. * | |
| * | |
| **DOUGLASS CHAMBERS, et. al.,** * | |

PLAINTIFFS EXHIBIT LIST

COMES NOW the Plaintiffs, by and through their counsel of record and list the following exhibits which will be used at the trial of this case:

1. All Exhibits attached to all depositions taken in this case.

Respectfully submitted this the 18th day of December, 2007.

/s/Jim L. DeBardelaben(DEB003)
Attorney for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 18th day of December, 2007.

Andrew W. Christman, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

                                                /s/ Jim L. DeBardelaben