IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JULIE GIVENS and** * | |
| **MONICA GREENE** * | |
| * | |
| Plaintiffs, * | |
| * | CASE NO.: 2:06 CV 852-1D |
| vs. * | |
| * | |
| **DOUGLASS CHAMBERS, et. al.,** * | |

## PLAINTIFFS WITNESS LIST

COMES NOW the Plaintiffs, by and through their counsel of record and list the following witnesses which will be called at the trial of this case:

1. Monica Greene

2. Julie Givens

3. Bonita Owensby

4. Douglas Chambers

5. James Wilson

6. Julie Wood

7. Roy W. Johnson

8. William D. Griswold

9. Debra Dahl

10. Leo Miller

11. Gene Bridgeman

12. James Merk

13. Rickey Huffstatler

14. Conrad Lassiter

15. Marry Gregg

16. Patti Graves

17. Larry Williard

18. Carolyn Nichols

19.  Greg Wright

20. Johnnie Gather

21. Auther Martin

22. Terry Keahey

23. Sandi Caylor

24. Shannon Cherry

25. Melissa Wallace

26. Malcolm Montgomery

27. Freddie Powell

28. Beth Wright

29. Stephenie Bell

30. Barbara McNalley

31. Leigh Roberts

32. Jackie Harrell

33. Clark Toodle

34. Loryn Wainwright

35. Bobby Luster

36. Phillip Teal

37. Rod Benton

38. Travis Arnette

39. Barbara Hendrix

40. Ron Jones

      Respectfully submitted this the 18th day of December, 2007.

                                    /s/Jim L. DeBardelaben(DEB003)
                                    Attorney for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 18th day of December, 2007.

Andrew W. Christman, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

                                    /s/ Jim L. DeBardelaben

Case 2:06-cv-00852-ID-SRW     Document 33     Filed 12/18/2007     Page 4 of 4