IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JULIE GIVENS and** * | |
| **MONICA GREENE** * | |
| * | |
| Plaintiffs, * | |
| * | CASE NO.: 2:06 CV 852-1D |
| vs. * | |
| * | |
| **DOUGLASS CHAMBERS, et. al.,** * | |

**PLAINTIFFS FINAL EXHIBIT LIST**

COMES NOW the Plaintiffs, by and through their counsel of record and files the following final exhibit list which will be used at the trial of this case:

**Exhibit 1-** Memorandum dated October 1, 1998, to all faculty and staff from Dr. Ricky A. Huffstutler, regarding Student Dismissal Procedures.

**Exhibit 2-** Student Rules and Regulations

**Exhibit 3-** Memorandum dated February 16, 2006, to J. Douglas Chambers from Sandy Caylor, regarding comments on practice fabric.

**Exhibit 4-** J.F. Ingram State Technical College Job Description for Assistant to the Dean of the College.

**Exhibit 5-** Memorandum dated August 13, 2004, to Mr. James E. Wilson from Bonita J. Owensby, regarding request for salary increase.

**Exhibit 6-** Memorandum dated August 25, 2003, to Bonita Owensby from J. Douglas Chambers, regarding Appointment

**Exhibit 7-** Grievance Statement dated October 11, 2004 by Bonita Owensby

**Exhibit 8-** Memorandum dated July 27, 2006, to James E. Wilson from Monica J. Greene, regarding purchase orders.

**Exhibit 9-** Ingram State Technical College Policies & Procedures Manual (2002)

**Exhibit 10-** Monica Greene Administrative Personnel Evaluation Form dated September 20, 1996.

**Exhibit 11-** Monica Greene Administrative Personnel Evaluation Form dated August 28, 1997.

**Exhibit 12-** Monica Greene Administrative Personnel Evaluation Form dated July 15, 1998.

**Exhibit 13-** Monica Greene Administrative Personnel Evaluation Form dated April 3, 2002

**Exhibit 14-** Monica Greene Administrative Personnel Evaluation Form dated March 31, 2003.

**Exhibit 15-** Monica Greene Administrative Personnel Evaluation Form dated April 1, 2004.

**Exhibit 16-** Monica Greene Administrative Personnel Evaluation Form dated July 14, 2005.

**Exhibit 17-** Fiscal Procedures Manual

**Exhibit 18-** Department of examiners of Public Accountants Audit Reports of J.F. Ingram State Technical College:
        18(a) 2005
        18(b) 2004
        18(c) 2003
        18(d) 2002
        18(e) 2001
        18(f) 2000
        18(g) 1999
        18(h) 1998
        18(i) 1997

**Exhibit 19-** Chamber s Leave Request Form dated November 20, 2006.

**Exhibit 20-** Chamber s Leave Request Form dated November 20, 2006.

**Exhibit 21-** Memorandum dated May 20, 1998, to all employees from J. Douglas Chambers, regarding Appropriate Dress.

**Exhibit 22-** Memorandum dated June 19, 2001, to Ricky Huffstutler from Monica Greene, regarding Welding/Main Campus.

**Exhibit 23-** memorandum dated July 18, 2001, to Ricky Huffstutler from Monica Greene, regarding Diesel Mechanic/Line Work Deposits.

**Exhibit 24-** Memorandum dated April 22, 2002, to Ricky Huffstutler from Monica Greene, regarding Line work estimate and Contract form.

**Exhibit 25-** Memorandum dated December 9, 2002, to Ricky Huffstutler from Monica Greene, regarding work invoice #18080.

**Exhibit 26-** Memorandum dated December 18, 2002, to Ricky Huffstutler from Monica Green, regarding line work.

**Exhibit 27-** Memorandum dated February 27, 2004, to Ricky Huffstutler from Monica Greene, regarding Invoice #20587-Auto Mechanics.

**Exhibit 28-** Memorandum dated March 30, 2004, to Ricky Huffstutler from Monica Greene, regarding invoice #20807-Auto Mechanics.

**Exhibit 29-** Memorandum dated June 24, 2004, to Gloria Knox from Monica Greene regarding Line Work.

**Exhibit 30-** Memorandum dated September 22, 2005, to Gloria Knox from Monica Greene, regarding Line Work Deposits.

**Exhibit 31-** Memorandum dated November 16, 2001, to Ricky Huffstutler from Monica Greene, regarding Line Work.

**Exhibit 32-** Memorandum dated July 25, 2005, to Ricky Huffstutler from Monica Greene, regarding Invoice #22637-Auto Mechanics.

**Exhibit 33-** Memorandum dated April 1, 2005 to Jacqueline McDuffie from Monica Greene, regarding Problems with accounts receivable.

**Exhibit 34-** Memorandum dated September 29, 2004, to All employees from Monica Greene, regarding purchase requisitions.

**Exhibit 35-** Memorandum dated September 28, 2005, to All employees from Monica Greene, regarding purchase requisitions.

**Exhibit 36-** Memorandum dated September 10, 2002, to All employees from Monica Greene, regarding close out on purchasing.

**Exhibit 37-** Letter dated October 26, 2006 from Aliant Bank regarding financial statement.

**Exhibit 38-** Memorandum dated April 13, 2000 to Carrol tucker from Monica Greene, regarding transfer of equipment.

**Exhibit 39-** Statement of Leo Miller.

**Exhibit 40-** memorandum dated June 19, 2006, to Douglas Chambers, James Merk, Kay Perryman, James Wilson from Monica Greene, regarding budget meeting.

**Exhibit 41-** Statement of Melissa P. Wallace

**Exhibit 42-** Memorandum dated February 15, 2006 to James Merk from Monica Greene, regarding employee personnel data.

      Respectfully submitted this the 28th day of December, 2007.

                                        /s/Jim L. DeBardelaben(DEB003)
                                        Attorney for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

### CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 28th day of December, 2007.

Andrew W. Christman, Esq.
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, Alabama 36103

                                        /s/ Jim L. DeBardelaben