IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE GIVENS and MONICA GREENE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CV 2:06 CV852-1D ) ) |
| DOUGLAS CHAMBERS, Individually and in his capacity As President of INGRAM STATE TECHNICAL COLLEGE; JAMES WILSON, Individually and in his Capacity as Dean of Students of INGRAM STATE TECHNICAL COLLEGE | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## EXHIBIT LIST

COME NOW Defendants **Douglas Chambers** (hereinafter referred to as "Chambers"), individually and in his capacity as President of Ingram State Technical College; and **James Wilson** (hereinafter referred to as "Wilson"), individually and in his capacity as Dean of Students of Ingram State Technical College, and, by and through their counsel of record, hereby submit the following list of exhibits that may be used at the trial of this matter:

1. Monica Greene's Personnel File;

2. September 25, 1998 note regarding dress from Monica Greene;

3. July 14, 2005 evaluation of Monica Greene;

4. Monica Greene's Job Description for Dean of Fiscal Affairs;

1

5. November 19, 2002 Memo from Chambers to Huffstutler and Greene regarding Completion Process;

6. September 19, 2005 Memo from Chambers to Greene concerning Audit Response (2003-2004);

7. January 15, 2002 Memo from Huffstutler to Chambers regarding Business Office Concerns;

8. May 20, 1998 Memo from Chambers to All Employees concerning Appropriate Dress;

9. February 10, 2004 letter to Chambers from Chancellor Roy Johnson;

10. February 10, 2004 Review of Business Office Functions;

11. January 25, 2006 letter to Chancellor Roy Johnson from Chambers;

12. February 10, 2006 letter to Chambers from Chancellor Roy Johnson;

13. June 6, 2006 letter to Chambers from Chancellor Roy Johnson;

14. January 9, 2006 Memo from Chambers to Cabinet regarding Tardiness Reports;

15. January 19, 2006 Memo from Greene to Chambers regarding Time Card Review;

16. January 23, 2006 Memo from Chambers to Greene concerning Tardiness Report Response;

17. January 25, 2006 Memo from Chambers to Greene concerning Correspondence of January 23, 2006;

18. November 19, 2002 Memo from Chambers to Huffstutler and Greene concerning Completion Process;

19. January 19, 2006 Memo from James Merk to Greene regarding Requisitions (Dated 5/23 & 12/12/ 2005);

20. January 18, 2006 Memo from James Merk to Greene concerning Requisitions (Dated November 17, 2005);

21. November 17, 2005 Memo from James Merk to Greene concerning requisitions;

22. December 14, 2006 Memo from James Merk to Greene concerning Requisitions Not Processed;

23. January 4, 2000 Memo from Huffstutler to Greene concerning Computer Bids;

24. May 10, 2006 Memo from Kay Perryman to Greene concerning Office Furniture/Supplies;

25. May 12, 2006 Memo from Kay Perryman to File;

26. May 30, 2006 Memo from Kay Perryman to Greene concerning Supply Status;

27. May 30, 2006 Memo from Greene to Kay Perryman concerning Supply Status;

28. May 31, 2006 Memo from Kay Perryman to Greene concerning Memo dated May 30, 2006;

29. May 31, 2006 Memo from Chambers to Greene concerning Perryman Requisitions;

30. June 2, 2006 Memo from James Merk to Chambers concerning Response to Memo;

31. June 2, 2006 Memo from Greene to Chambers concerning Perryman Requisitions;

32. October 31, 2006 Customer Complaint to Chambers from J. Robert Camp;

33. June 25, 2006 letter from Cyrenthia Crawford To Whom It May Concern regarding June 22, 2006 incident;

34. June 22, 2006 Memo from James Merk to The Record concerning Incident with a Live Work Customer and Dean Greene;

35. June 22, 2006 Memo from Loryn Wainwright to Wilson concerning Situation that occurred on June 22, 2006;

3

36. June 22, 2006 Memo from Wilson to Chambers concerning June 22, 2006 incident;

37. January 16, 2007 Memo from Rosie Edwards to Chambers concerning the advertisement of positions;

38. February 22, 2006 Memo from Frank Clem to Monica Greene concerning Complaint - Payroll Changes;

39. January 31, 2006 Memo from Greene to James Merk concerning Pay Increase;

40. January 3, 2005 Memo from Greene to Josh Bridgman concerning Neglect of Duty;

41. Julie Givens's Personnel File;

42. Job Description for Fiscal Division Secretary and Administrative Assistant;

43. August 2, 2006 Memo from Michael Douglas Farris to Greene concerning Insurance Inquiry;

44. June 11, 2007 Memo from Chambers to Greene concerning Memo from Mrs. Julie Givens;

45. June 7, 2007 Memo from Givens to Chambers concerning Live Work Information;

46. June 5, 2007 Memo from Chambers to All Ingram Employees concerning Live Work Information;

47. Job description for Dean of Instruction;

48. Job description for Administrative Assistant to the President and the Dean of College;

49. Job description for Dean of Students and Student Support Services;

50. February 22, 2006 Memo from Frank Clem to Chambers concerning Requisition Issues;

51. February 17, 2006 Memo from James Merk to Greene concerning Main Campus Video Surveillance System and all supporting documents;

52. December 16, 2005 AmSouth statement with late payment charge;

53. April 21, 2006 Memo from Chambers to Greene and Merk concerning Requested Information;

54. January 4, 2000 Memo from Huffstutler to Greene concerning Computer Bids;

55. January 22, 2003 Memo from Rod Benton to Ricky Huffstutler and copied to Chambers concerning Vendor Credit;

56. October 11, 2005 Memo For the Record from Chambers concerning Greene not signing her evaluation;

57. January 24, 2006 Memo from Greene to Chambers concerning Memorandum of Understanding;

58. Exhibits to Ed George's Response to the EEOC on the Greene matter:

    (a) March 8, 2006 letter to Warden Willie Rowell from Captain Bobby Barrett concerning investigation on JFI Employee;

    (b) Job Description for Dean of Fiscal Affairs;

    (c) Job Description for Dean of Fiscal Affairs;

    (d) August 23, 2005 Memo from Chambers to Greene concerning appointment;

    (e) January 25, 2006 letter from Chambers to Chancellor Roy Johnson;

    (f) Auditee Response - September 9, 2005;

    (g) Report on Internal Control over Financial Reporting and on Compliance and Other Matters Based on an Audit of Financial Statements Performed in Accordance with Government Auditing Standards;

5

(h) Schedule of Findings and Questioned Costs for the Year Ended September 30, 2005;

(i) February 5, 2001 Cabinet Meeting Notes;

(j) April 2, 2001 Cabinet Meeting Notes;

(k) June 28, 2001 Cabinet Meeting Notes;

(l) September 3, 2001 Cabinet Meeting Notes;

(m) September 19, 2001 Cabinet Meeting Notes;

(n) April 28, 2003 Memo from Greene to Chambers concerning Recommendation for Termination;

(o) May 7, 2003 letter from Chambers to Carrie Hand concerning Notice of Intent to Terminate Employment;

(p) December 18, 2003 letter from Chancellor Roy Johnson to Chambers;

59. Exhibits to Ed George's Response to the EEOC on the Givens matter:

(a) August 23, 2005 Memo to Givens from Chambers concerning Appointment;

(b) Job Description for Fiscal Division Secretary and Administrative Assistant;

60. Givens's Job Description as Fiscal Division Secretary and Administrative Assistant;

61. Job Description for Assistant to the Dean of Fiscal Affairs;

62. December 18, 2003 letter from Chancellor Roy Johnson to Chambers;

63. May 16, 2006 letter from Thomas Saunders to Chambers;

64. January 26, 2006 Memo from Chambers to Greene concerning Birmingham News;

65. Memorandums Concerning Dress Code for Employees;

66. January 30, 2006 Memo from James Merk to Greene concerning Gloria Knox Pay Raise;

67. October 28, 2005 Alabama Department of Corrections Dress Code;

68. September 18, 2007 Memo from Greene to All Live Work Instructors concerning Supply Inventory;

69. October 1, 2006 First Leasing, Inc. invoice;

70. July 25, 2006 B&S Supply Company invoice;

71. January 5, 2006 letter to Valued Customer from William Ricketts of Goodyear concerning past due accounts;

72. Ingram State Technical College Policies and Procedures Manual 2002;

73. Department of Examiners of Public Accounts October 1, 1999 through September 30, 2000 Audit Report;

74. Department of Examiners of Public Accounts October 1, 2000 through September 30, 2001 Audit Report;

75. Department of Examiners of Public Accounts October 1, 2001 through September 30, 2002 Audit Report;

76. Department of Examiners of Public Accounts October 1, 2002 through September 30, 2003 Audit Report;

77. Department of Examiners of Public Accounts October 1, 2003 through September 30, 2004 Audit Report;

78. Department of Examiners of Public Accounts October 1, 2004 - September 30, 2005 Audit Report;

79. Deposition of Julie Givens;

80. Deposition of Monica Greene;

81. Any and all exhibits used in the course of discovery;

82. Any and all exhibits necessary for the purposes of rebuttal;

83. Any and all exhibits listed by the Plaintiffs in their exhibit list.

84. Defendants reserve the right to use any document, drawing, item, photograph, videotape, or other thing of any type which has been exchanged by the parties in this case;

85. Defendants reserve the right to use any document, drawing, item, photograph, videotape, or other thing of any type necessary for impeachment, rebuttal, or for the purpose of cross examination;

86. Defendants reserve the right to use any exhibit used in any deposition taken in this case;

87. Defendants reserve the right to offer any exhibit listed by the Plaintiffs; and

88. Defendants reserve the right to supplement this exhibit list as may be necessary or appropriate.

Respectfully Submitted,

/s/ Andrew W. Christman
Andrew W. Christman (CHR024)
Attorney for J. F. Ingram State
Technical College, J. Douglas
Chambers, individually and in
his official capacity as President
of J. F. Ingram State Technical
College and James Wilson,
individually and in his official
capacity as Dean of Students and
Support Services at J.F. Ingram
State Technical College

OF COUNSEL:
Gidiere, Hinton, Herndon
  & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 28th day of December, 2007:

Jim L. DeBardelaben
Attorney at Law
1505 Madison Avenue
Montgomery, AL  36107

                                    /s/ Andrew W. Christman
                                    Of Counsel