IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE GIVENS and<br>MONICA GREENE,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS CHAMBERS,<br>Individually and in his capacity<br>As President of INGRAM STATE<br>TECHNICAL COLLEGE; JAMES<br>WILSON, Individually and in his<br>Capacity as Dean of Students of<br>INGRAM STATE TECHNICAL<br>COLLEGE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CV 2:06 CV852-1D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WITNESS LIST

COME NOW Defendants **Douglas Chambers** (hereinafter referred to as "Chambers"), individually and in his capacity as President of Ingram State Technical College; and **James Wilson** (hereinafter referred to as "Wilson"), individually and in his capacity as Dean of Students of Ingram State Technical College, and, by and through their counsel of record, hereby file the following list of witnesses that may be called at the trial of this matter:

1. Dr. J. Douglas Chambers
   President
   J.F. Ingram State Technical College
   P. O. Box 220350
   Deatsville, AL 36022;

2. Dean James Wilson
   Dean of Students

        J.F. Ingram State Technical College
        P. O. Box 220350
        Deatsville, AL 36022;

3.   Dr. James Merk
      J.F. Ingram State Technical College
      P. O. Box 220350
      Deatsville, AL 36022;

4.   Dr. Ricky Huffstutler
      J.F. Ingram State Technical College
      P. O. Box 220350
      Deatsville, AL 36022;

5.   Gene Bridgeman
      Address Unknown;

6.   Carolyn Nichols
      Department of Examiners of Public Accounts
      P. O. Box 302251
      Montgomery, AL 36130-2251;

7.   Larry Williard
      Department of Examiners of Public Accounts
      P. O. Box 302251
      Montgomery, AL 36130-2251;

8.   Debbie Dahl
      Address Unknown;

9.   Kay Perryman
      Address will be provided;

10.   Any rebuttal expert necessary to rebut opinions or testimony offered by the plaintiffs' experts;

11.   Any medical provider for Julie Givens or Monica Greene who may have relevant information;

12.   Any witness discovered through ongoing discovery who appears to have relevant information;

13.   Any witness necessary for impeachment or rebuttal purposes;

14. Any witness whose testimony may be needed to authenticate records, documents, photographs, videotapes, or other items of evidence;

15. Any witness listed on any other party's witness list; and

16. Any person mentioned in any deposition given in this case. The defendants reserve the right to supplement this witness list as discovery continues.

Respectfully Submitted,

/s/ Andrew W. Christman
Andrew W. Christman (CHR024)
Attorney for J. F. Ingram State
Technical College, J. Douglas
Chambers, individually and in
his official capacity as President
of J. F. Ingram State Technical
College and James Wilson,
individually and in his official
capacity as Dean of Students and
Support Services at J.F. Ingram
State Technical College

OF COUNSEL:
Gidiere, Hinton, Herndon
  & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

3

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 28th day of December, 2007:

Jim L. DeBardelaben
Attorney at Law
1505 Madison Avenue
Montgomery, AL 36107

                                              /s/ Andrew W. Christman
                                              Of Counsel