IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE GIVENS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 2:06cv852-ID |
| | ) |
| DOUGLAS CHAMBERS, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

After careful consideration of the arguments of counsel, the relevant law and the record as a whole, the court finds that Defendants' motion for summary judgment is due to be granted in Defendants' favor on Plaintiffs' federal claims and that Plaintiffs' state-law claim is due to be dismissed without prejudice. The court's reasons will be set forth in a forthcoming memorandum opinion which will be accompanied by an order and a final judgment.

Consequently, it is CONSIDERED and ORDERED that the pretrial hearing set on January 8, 2008, is hereby CANCELLED and that this case is hereby REMOVED from the January 28, 2008, trial term.

It is further CONSIDERED and ORDERED that the parties are hereby RELIEVED from complying with any impending deadlines set forth in the Uniform Scheduling Order.

DONE this 7th day of January, 2008.

                                     /s/ Ira DeMent
                                SENIOR UNITED STATES DISTRICT JUDGE