AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
Middle District of Alabama

Julie Givens, et al.

V.

Douglas Chambers, et al.

**BILL OF COSTS**

Case Number: 2:06cv852-ID

Judgment having been entered in the above entitled action on __1/29/2008__ against __Julie Givens and Monica G___,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,531.82 |
| Fees and disbursements for printing | 1,109.90 |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 262.12 |
| TOTAL $ | 4,903.84 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or

☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: /s/ Andrew W. Christman

Name of Attorney: Andrew W. Christman

For: Douglas Chambers, et al          Date: 2/27/2008
    Name of Claiming Party

Costs are taxed in the amount of $4,903.84 and included in the judgment

By: _____
Clerk of Court        Deputy Clerk        Date

AO 133 (Rev 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| N/A | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec 1924 Verification of bill of costs"
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed"

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree"

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law Costs may be taxed by the clerk on one day's notice On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court"

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period"

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTIRCT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIE GIVENS and<br>MONICA GREENE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. CV 2:06 CV852-1D |
| DOUGLAS CHAMBERS,<br>Individually and in his capacity<br>As President of INGRAM STATE<br>TECHNICAL COLLEGE; JAMES<br>WILSON, Individually and in his<br>Capacity as Dean of Students of<br>INGRAM STATE TECHNICAL<br>COLLEGE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## OTHER COSTS ITEMIZED

| | |
|---|---|
| Mileage - 45.6 miles @ 0.485/mile | $ 22.12 |
| Copying Microcassette to CD | <u>$240.00</u> |
| TOTAL | $262.12 |

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Andrew W Christman
Gidiere, Hinton, Herdon
  & Christman
60 Commerce Street
Suite 904
Montgomery, AL 36104

July 20, 2007

**Invoice#** 00031121

**Balance:**     $676.62

**Re:** Julie Givens vs. Douglas Chambers
MONTGOMERY, AL/ Douglas Chambers/ 2:06-CV-852-ID
on 06/27/07  Billed 07/20/07
by Cindy Weldon

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy: 272 pages | 557.60 |
| Exhibits/B & W/Color: | 93.52 |
| Condensed/concordance(s): n/c | |
| Depo Disk: | 15.00 |
| Postage: | 10.50 |

Deponent:
<u>Douglas Chambers</u>
Read & Sign: c/o Andrew Christman

$676.62 \div 3 = \boxed{225.54}$

P l e a s e    R e m i t   - - - >   Total Due:     $676.62

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

```
Andrew W Christman                                July 20, 2007
Gidiere, Hinton, Herdon
  & Christman                                    Invoice# 00031123
60 Commerce Street
Suite 904                                        Balance:    $972.75
Montgomery, AL 36104
```

**Re:** Julie Givens vs. Douglas Chambers
MONTGOMERY, AL/James Wilson, Malcolm Montgomery, James Merck
on 06/25/07  *Billed* 07/20/07
*by Cindy Weldon*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy: 460 pages | 943.00 |
| Condensed/concordance(s): n/c | |
| Depo Disk: | 15.00 |
| Postage: | 14.75 |

Deponent:
James E. Wilson- 180 pgs/R&S  6/25/07 -  369.00  +5 + 4.91 = 378.91 ÷ 3 = (126.30)
Malcolm Montgomery- 59 pgs/R&S  6/26/07 - 120.95 +5 + 4.91
Dr. James Merck- 221 pgs/R&S  6/26/07 - 453.05 +5 + 4.91

Read & Sign: c/o Andrew Christman

P l e a s e   R e m i t   - - - >   Total Due:    $972.75

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

```
Andrew W Christman                              July 31, 2007
Gidiere, Hinton, Herdon
  & Christman                                   Invoice# 00027707
60 Commerce Street
Suite 904                                       Balance:      $92.50
Montgomery, AL 36104
```

**Re:** Julie Givens vs. Douglas Chambers 5881
MONTGOMERY, AL/James Wilson, Malcolm Montgomery, James Merck
on 06/25/07   Billed 07/31/07
by Cindy Weldon

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Exhibits/B&W: 230 pages | 80.50 |
| Exhibits/Color: 8 pages | 12.00 |
| Depo Disk: n/c | |
| Postage: n/c | |

James Wilson - 47 B&W exhibit pages; No color  — 16.45 ÷ 3 = (5.48)
Malcolm Montgomery - 8 Color pages; No B&W  — 12.00
James Merck - 183 B&W exhibit pages; No color  64.05


*** ORIGINAL EXHIBITS RETURNED TO
    JIM DEBARDELABEN




                P l e a s e   R e m i t   - - ->  Total Due:     $92.50


            *All Invoices are due within 30 days of receipt*

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

1933 Richard Arrington Jr. Boulevard S  
Birmingham, AL 35209  
Phone: (205) 251-4200  
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11055947 | 07/13/2007 | 1101-53778 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/18/2007 | NOAKCI | |

**CASE CAPTION**

In Re: Givens Green/Ingram

**TERMS**

Immediate, sold FOB Merrill facility

Andrew W. Christman  
Gidiere, Hinton, Herndon & Christman  
60 Commerce Street, 904 Regions Tower  
Montgomery, AL 36104

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Monica Green                      544 Pages @        3.05/Page      1,659.20
         ATTENDANCE                                                      200.00
         TotalTranscript                                                  40.00
         Compressed                                                       20.00
         Word Index                    47.00        @     3.05          143.35
         Exhibit Scanning             343.00 Pages @       .30/Page     102.90
         Processing Fee                                                   15.00
         Delivery Local Regular                                             n/c

                                      TOTAL   DUE   >>>>                2,180.45
```

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:  
LegaLink, Inc.  
PO Box 277951  
Atlanta, GA 30384

RECEIVED  
JUL 30

TAX ID NO.: 20-2665382                                (334) 834-9950   Fax (334) 834-1054

*Please detach bottom portion and return with payment*

---

Andrew W. Christman  
Gidiere, Hinton, Herndon & Christman  
60 Commerce Street, 904 Regions Tower  
Montgomery, AL 36104

```
Invoice No.:   11055947
Date       :   07/13/2007
TOTAL DUE  :   2,180.45


Job No.    :   1101-53778
Case No.   :
In Re:    Givens Green/Ingram
```

Remit To:   LegaLink, Inc.  
PO Box 277951  
Atlanta, GA 30384

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

1933 Richard Arrington Jr. Boulevard S  
Birmingham, AL 35209  
Phone: (205) 251-4200  
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11055948 | 07/13/2007 | 1101-53780 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/20/2007 | NOAKCI | |

**CASE CAPTION**

In Re: Givens Green/Ingram

**TERMS**

Immediate, sold FOB Merrill facility

Andrew W. Christman  
Gidiere, Hinton, Herndon & Christman  
60 Commerce Street, 904 Regions Tower  
Montgomery, AL 36104

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Julie Givens                     226 Pages @       3.05/Page        689.30
        ATTENDANCE                                                      100.00
        TotalTranscript                                                  40.00
        Compressed                                                       20.00
        Word Index                    21.00         @   3.05             64.05
        Exhibit Scanning             219.00 Pages @     .30/Page         65.70
        Processing Fee                                                   15.00
        Delivery Local Regular                                              n/c

                                         TOTAL   DUE   >>>>             (994.05)

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LegaLink, Inc.
PO Box 277951
Atlanta, GA  30384
```

TAX ID NO.: 20-2665382                                    (334) 834-9950    Fax (334) 834-1054

*Please detach bottom portion and return with payment.*

---

Andrew W. Christman  
Gidiere, Hinton, Herndon & Christman  
60 Commerce Street, 904 Regions Tower  
Montgomery, AL 36104

Invoice No.: 11055948  
Date       : 07/13/2007  
**TOTAL DUE** :     994.05

Job No.  : 1101-53780  
Case No. :  
In Re:  Givens Green/Ingram

Remit To:   LegaLink, Inc.  
            PO Box 277951  
            Atlanta, GA 30384

5831: Givens/Greene v. Ingram Tech
Date Opened: October 16, 2006
Total Billed to Date: $74,759.43

| Invoice Date | Atty/PL Fees | Copies | LDTC | A/C | Total | |
|---|---|---|---|---|---|---|
| Nov-06 | $ 468.00 | $ 5.90 | | | $ 473.90 | |
| Dec-06 | $ 611.00 | $ 1.40 | | | $ 612.40 | |
| Jan-07 | $ 1,060.00 | $ 2.20 | | | $ 1,062.20 | |
| Feb-07 | $ 5,586.50 | $ 449.20 | | | $ 6,035.70 | |
| Mar-07 | $ 550.00 | $ 4.20 | | $ 240.00 | $ 794.20 | Microtapes to CD |
| Apr-07 | $ 4,164.00 | $ 45.20 | | | $ 4,209.20 | |
| May-07 | $ 14,174.50 | $ 6.70 | | | $ 14,181.20 | |
| Jun-07 | $ 6,785.50 | $ 3.70 | | | $ 6,789.20 | |
| Jul-07 | $ 10,511.50 | $ 54.70 | $ 0.08 | | $ 10,566.28 | |
| Aug-07 | $ 1,730.50 | $ 26.10 | | $ 1,741.87 | $ 3,498.47 | Deposition of Douglas Chambers ($676.62), James Wilson, Malcolm Montgomery, and Dr. James Merck ($972.75) |
| Sep-07 | $ 2,175.00 | $ 7.60 | | | $ 2,182.60 | |
| Oct-07 | $ 9,001.00 | $ 271.60 | | $ 22.12 | $ 9,294.72 | Mileage to Ingram Tech to obtain signatures for Affidavit |
| Nov-07 | $ 4,312.00 | $ 16.70 | $ 0.32 | | $ 4,329.02 | |
| Jan-08 | $ 5,498.50 | $ 205.20 | $ 0.14 | | $ 5,703.84 | |
| Feb-08 | $ 5,017.00 | $ 9.50 | | | $ 5,026.50 | |
| Totals: | $ 71,645.00 | $ 1,109.90 | $ 0.54 | | $ 74,759.43 | |

Deposition of Monica Greene on June 18, 2007 ($2,180.45) was billed directly to Joan Davis.
Deposition of Julie Givens on June 20, 2007 ($994.05) was billed directly to Joan Davis.

# TRAVEL EXPENSE FORM

NAME: K. SELLERS     DATE: 9-19-07
CASE NAME:
FILE NUMBER: 5831
WHERE TO: J.F. INGRAM TECH. INSTITUTE
REASON: JAMES MEELY / JAMES WILSON SIGNATURE ON AFFIDAVITS

TOTAL MILEAGE
(TO AND FROM): 45.6 MILES x 0.485

TOTAL REIMBURSEMENT: 22.12
DATE PAID: 9-20
CHECK NUMBER: 7882
WRITTEN BY: [signature]

H/Erin/Travel Expense Form



**Dan Black Studios**
5965 Monticello Drive
Montgomery, AL 36117
334-279-6036
334-279-1232 fax

Work Order / Invoice

CK#5400

Date In: 1-29-07                     Date/Time Due: ASAP

Company Name / Contact: Gidiere Hinton - KRISTI
Address:
City, State, Zip
Phone: 834 9950
Referral: Ref. 5831

Label:                    see paper → cabinet meeting ex 12/5/05

Work Description: (4) Micro cassette → CD

| | 1 CD | 2 CDS |
| | $25 | $35 |

$25 × 4 = 100
$35 × 4 = 140

|||| ||||

Picked up by:

Price: $240.00     Deposit: $240     Balance Due: 0

---

GIDIERE, HINTON, HERNDON & CHRISTMAN                5400

Dan Black Studios                    2 Feb. 07

                                     $240.00


5831 Microtapes to CD's
  1 copy ea.